DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## AETNA CASUALTY CO. v. PENN. NAT. MUT. CAS. CO.

No. 508PA85.

Case below: 75 N.C. App. 511.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 1 October 1985.

## APPELBE v. APPELBE

No. 400P85.

Case below: 75 N.C. App. 197.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.

## BIRMINGHAM STEEL v. BUTLER

No. 553P85.

Case below: 76 N.C. App. 345.

Petition by third-party defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.

## BRANCH BANKING AND TRUST CO. v. KENYON INVESTMENT CORP.

No. 500PA85.

Case below: 76 N.C. App. 1.

Petition by several defendants for discretionary review under G.S. 7A-31 allowed 5 November 1985.

## BRANCH BANKING AND TRUST CO. v. WRIGHT

No. 330PA85.

Case below: 74 N.C. App. 550.

Petition by defendant (Mary Dianne Wright) for discretionary review under G.S. 7A-31 allowed 1 October 1985.